**Nos. 2025-1236, -1241**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

EXELIXIS, INC.,

*Plaintiff-Cross-Appellant*,

*v.*

MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,

*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Delaware in Case No. 1:22-cv-00228-RGA, Judge Richard G. Andrews

## PLAINTIFF-CROSS-APPELLANT EXELIXIS, INC.'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff-Cross-Appellant Exelixis, Inc. ("Exelixis") respectfully moves to dismiss its cross-appeal (No. 2025-1241) from the judgment of the United States District Court for the District of Delaware, No. 1:22-cv-00228-RGA. Exelixis and Defendant-Appellants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. ("MSN") have agreed to bear their own costs, fees, and expenses in connection with the cross-appeal. Exelixis has conferred with counsel for MSN and MSN does not oppose this motion and will not file a response. The motion does not affect MFN's appeal in Case No. 2025-1236.

Cross-Appellant Exelixis, Inc. respectfully requests that this motion be granted.

Respectfully submitted,

LISA J. PIROZZOLO
KEVIN S. PRUSSIA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

/s/ Thomas G. Saunders
THOMAS G. SAUNDERS
AMY K. WIGMORE
GERARD A. SALVATORE
BELLA M. WALKER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC  20037
(202) 663-6000

*Attorneys for Plaintiff-Cross-Appellant Exelixis, Inc.*

June 5, 2025

2

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Cross-Appellant Exelixis, Inc. certifies the following:

**1.     Represented Entities**. Fed. Cir. R. 47.4(a)(1). Provide the full names of all entities represented by undersigned counsel in this case.

Exelixis, Inc.

**2.     Real Party in Interest**. Fed. Cir. R. 47.4(a)(2). Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

None.

**3.     Parent Corporations and Stockholders**. Fed. Cir. R. 47.4(a)(3). Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

None.

**4.     Legal Representatives**. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

WILMER CUTLER PICKERING HALE AND DORR LLP:   Timothy A. Cook, Jonathan A. Cox, Charlotte Geaghan-Breiner, Katherine P. Kieckhafer (former), Marissa A. Lalli, William F. Lee, Amy L. Mahan, Cristina Salcedo, Labdhi Sheth (former), Emily R. Whelan, Kevin M. Yurkerwich (former)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP:  Jack B. Blumenfeld, Anthony D. Raucci

**5.**     **Related Cases**.  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

X  Yes (file separate notice; see below)      ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  Please do not duplicate information.  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

Already filed.

**6.**     **Organizational Victims and Bankruptcy Cases**.   Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

None.

Dated:  June 5, 2025                             /s/  Thomas G. Saunders
                                                 THOMAS G. SAUNDERS
                                                 WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP
                                                 2100 Pennsylvania Avenue, NW
                                                 Washington, DC  20037
                                                 (202) 663-6000

ii

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because:

1.      The filing has been prepared using a proportionally spaced typeface and includes 104 words.

2.      The brief has been prepared using Microsoft Word for Office 365 in 14-point Times New Roman font.  As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/  Thomas G. Saunders
THOMAS G. SAUNDERS
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC  20037
(202) 663-6000

June 5, 2025