NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXELIXIS, INC.,**

*Plaintiff-Appellee*

**v.**

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**

*Defendants-Appellants*

---

2025-1236

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:22-cv-00228-RGA, 1:22-cv-00945-RGA, Judge Richard G. Andrews.

---

**SUA SPONTE**

---

PER CURIAM.

## O R D E R

Oral argument in the above-captioned case is scheduled for June 4, 2026.

IT IS ORDERED THAT:

The parties should come to argument prepared to discuss whether Appellants have Article III standing to appeal the final judgment of no invalidity for claim 3 of U.S. Patent No. 11,298,349.

FOR THE COURT

May 28, 2026
Date

Jarrett B. Perlow
Clerk of Court