# United States Court of Appeals for the Federal Circuit

---

**EXELIXIS, INC.,**
*Plaintiff-Appellee*

**v.**

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**
*Defendants-Appellants*

---

2025-1236

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:22-cv-00228-RGA, 1:22-cv-00945-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND DISMISSED-AND-VACATED-IN-PART**

FOR THE COURT

August 31, 2026
Date

Jarrett B. Perlow
Clerk of Court